In the Matter of COUNCIL OF THE CITY OF NEW YORK, Respondent, v DEPARTMENT OF HOMELESS SERVICES OF THE CITY OF NEW YORK et al., Appellants.

Submitted May 6, 2013; decided June 11, 2013

Motion to intervene denied.

Chief Judge LIPPMAN and Judge ABDUS-SALAAM taking no part.

In the Matter of DAVID DALE, Appellant, v CHRISTOPHER J. BURNS, Justice of the Supreme Court, et al., Respondents.

Submitted April 22, 2013; decided June 11, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.

In the Matter of AMY R. GURVEY (Admitted as AMY REBECCA WEISSBROD), an Attorney and Counselor-at-Law, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted May 6, 2013; decided June 11, 2013

Motion for reconsideration of this Court's March 26, 2013 dismissal order denied [see 20 NY3d 1085 (2013)].

Judge ABDUS-SALAAM taking no part.

RONALD MIZRAHI, Respondent, v EZRA COHEN, Appellant.

Submitted April 29, 2013; decided June 11, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.